SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | Case No. **2:11-cv-02150-JAM-DAD** |
| Plaintiff, | **ORDER RE: STIPULATION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL** |
| vs. | |
| Tran Auto Sales, Inc., et al | |
| Defendants | |

IT IS HEREBY ORDERED THAT the pretrial conference is reset to January 24, 2014 at 11:00 a.m.  The parties joint pretrial statement shall be filed no later than January 17, 2014.  Jury trial in this matter is ordered reset to March 3, 2014 at 9:00 a.m.

Date:  10/23/2013

/s/ John A. Mendez
Judge of the United States District Court

PROPOSED ORDER STIPULATION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL

CIV: S-11-cv-02150-JAM-DAD - 1