1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL   scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8            **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10
                                    ) Case No.**2:11-cv-02150-JAM-DAD**
11 Scott N. Johnson                 )
                                    ) **ORDER RE: STIPULATION FOR**
12           Plaintiff,             ) **CONTINUANCE OF PRETRIAL**
                                    ) **CONFERENCE AND TRIAL**
13      vs.                         )
                                    )
14 Tran Auto Sales, Inc., et al     )
                                    )
15      Defendants                  )
                                    )
16 _____ )

17

18      IT IS HEREBY ORDERED THAT the pretrial conference is

19 reset to January 24, 2014 at 11:00 a.m.  The parties joint

20 pretrial statement shall be filed no later than January 17,

21 2014.  Jury trial in this matter is ordered reset to March

22 3, 2014 at 9:00 a.m.

23

24 Date:  10/23/2013

25                         /s/ John A. Mendez_____
                           Judge  of  the  United  States
26                         District Court

27

28

    PROPOSED ORDER STIPULATION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL

                   CIV: S-11-cv-02150-JAM-DAD - 1