SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>     Plaintiff;<br><br>  vs.<br><br>Tran Auto Sales, Inc., et al,<br><br>     Defendants. | Case No. **2:11-cv-02150-JAM-DAD**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

IT IS SO ORDERED that the above-entitled action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).

Date:  11/22/2013

                              /s/ John A. Mendez_____
                              Judge of the United States
                              District Court